IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VIRGILIO MARIANO, on behalf of himself and all others similarly situated under 29 U.S.C. § 216(b),<br><br>Plaintiff,<br><br>v.<br><br>ALJEN ENTERPRISES, LLC, d/b/a AAMCO OF DALLAS, and RAHIM NATHOO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-CV-0025-C |

## AGREED ORDER OF DISMISSAL

The Court having considered the parties' Joint Motion to Reopen and Dismiss With Prejudice, filed August 18, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED with prejudice** with costs taxed against the party incurring same.

SO ORDERED this 21st day of August, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE