IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIRGILIO MARIANO, on behalf of himself and all others similarly situated under 29 U.S.C. § 216(b), | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALJEN ENTERPRISES, LLC, d/b/a AAMCO OF DALLAS, and RAHIM NATHOO, | ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:17-CV-0025-C |

**AGREED ORDER GRANTING JOINT MOTION TO
ALTER OR AMEND AGREED ORDER OF DISMISSAL**

Came on for consideration this 23rd day of August, 2017, the Joint Motion to Alter or Amend Agreed Order of Dismissal filed by the parties, wherein the parties move the Court to alter or amend the Agreed Order of Dismissal (ECF No. 14) so that the Court will retain jurisdiction through November 14, 2017, to enforce the terms of the Settlement Agreement entered into by the parties. The Court, having reviewed the Motion, is of the opinion that the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the Agreed Order of Dismissal (ECF No. 14) is amended as follows:

Plaintiff's claims asserted against Defendants in the above-captioned matter are **DISMISSED with prejudice**, with each of the parties to bear their own attorneys' fees, costs,

and expenses incurred in this cause, and the Court will retain jurisdiction through November 14, 2017, to enforce the terms of the Settlement Agreement entered into by the parties.

Signed this 23rd day of August, 2017

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

Agreed and approved as to form and for entry:

By: s/ Joshua A. Petersen
Joshua A. Petersen
Counsel for Plaintiff

And

By: /s/ Kristina M. Oropeza (w/ permission)
Kristina M. Oropeza
Counsel for Defendants